# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00422-CV

**Texas Workforce Commission; Randy Townsend, in his official capacity as Executive Director of the Texas Workforce Commission; and Bryan Snoddy, in his official capacity as Director of the Texas Workforce Commission Civil Rights Division, Appellants**

**v.**

**Community Capital Partners, LP; and Epic Real Properties, Inc., Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-26-000711, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellants' Motion

Filed: May 20, 2026